HENRY S. DARBY, as Assignee of WILLIAM SEGERITZ et al., Appellant, *v.* THE HINCKEL BREWING COMPANY, Respondent.

*Darby* v. *Hinckel Brewing Co.*, 11 App. Div. 632, affirmed.
(Argued October 22, 1897 ; decided November 23, 1897.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 16, 1896, which affirmed a judgment in favor of defendant entered upon a verdict.

*George B. Wellington* for appellant.

*Robert G. Scherer* and *J. Murray Downs* for respondent.

Judgment affirmed, with costs ; no opinion.
All concur.

---

JAMES McDONALD, as Guardian ad Litem of SARA A. McDON-ALD, Respondent, *v.* THE NEW YORK, CHICAGO AND ST. LOUIS RAILROAD COMPANY, Appellant.

*McDonald* v. *N. Y., Chicago & St. Louis R. R. Co.*, 13 Misc. Rep. 651, affirmed.
(Argued October 25, 1897; decided November 23, 1897.)

APPEAL from a judgment of the General Term of the Superior Court of Buffalo, entered July 31, 1895, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Louis L. Babcock* for appellant.

*Walter S. Jenkins* for respondent.

Judgment affirmed, with costs ; no opinion.
All concur.